NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHEILA MAY HUGHES,
DOC #544682,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____)

Case No. 2D17-4182

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.